UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

DAYLON RODRIGUEZ                                                Bk. No. 13-19696-RAM
YAUMIRY ARTEAGA

                                                                Chapter 13

    Debtors

_____/

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel enters its appearance for **U.S. Bank, National Association, Successor Trustee To Bank of America, N.A. As Successor To Lasalle Bank, N.A. As Trustee For The Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-2,** a creditor and/or party in interest ("the Creditor"), with regards to its Mortgage recorded February 12, 2007, Book 25356 and Pages 4403-4418 on the real property, located at 17910 NORTHWEST 43RD AVENUE, MIAMI GARDENS, FL 33055-3315 in the above captioned bankruptcy matter, and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in anyway any of the Creditor's rights or interest, with respect to the Debtors or the property on which Creditor holds a mortgage lien.

PH # 42392

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

  I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the court set forth in Local Rule 2090-1(A).

May 15, 2013

            /s/ Kelly M. Canfield, Esquire
            Kelly M. Canfield, Esq., Florida Bar No. 101628
            Phelan Hallinan, PLC
            2727 West Cypress Creek Road
            Ft. Lauderdale, FL 33309
            Tel: 954-462-7000 Ext.
            Fax: 954-462-7001
            FLSD.bankruptcy@phelanhallinan.com

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent electronically or via US Mail to the following:

DAYLON RODRIGUEZ
17910 NW 43RD AVENUE
MIAMI GARDENS, FL 33055-3315

YAUMIRY ARTEAGA
17910 NW 43RD AVENUE
MIAMI GARDENS, FL 33055-3315

NANCY K. NEIDICH, (TRUSTEE)
POB 279806
MIRAMAR, FL 33027

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL 33012

May 15, 2013

/s/ Kelly M. Canfield, Esquire
Kelly M. Canfield, Esq., Florida Bar No. 101628
Phelan Hallinan, PLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext.
Fax: 954-462-7001
FLSD.bankruptcy@phelanhallinan.com

PH # 42392