UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:   Daylon Rodriguez | Case No: 13-19696-RAM |
|             and | Chapter 13 |
|          Yaumiry Arteaga | |
|  _____Debtors_____      / | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on June 21, 2013 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtors, Daylon Rodriguez and Yaumiry Arteaga
17910 NW 43 Avenue
Miami Gardens, FL 33055

Carrington Mortgage Services, LLC
c/o CT Corporation System, R.A., Registered Agent
1200 S. Pine Island Road
Plantation, FL 33324

Carrington Mortgage Services,
POB 54285
Irvine, CA 92619

U.S. Bank., National Association
c/o Phelan Hallinan, PLC
Attn: Kelly Canfield, Esq.
2727 West Cypresss Creek Road
Ft. Lauderdale, FL 33309

Via Certified Mail:

Carrington Mortgage Services, LLC
c/o Wesley Iseley, President
1610 E. Saint Andrew Place, Suite B-150
Santa Ana, CA 92705

Carrington Mortgage Services, LLC
c/o Nelson J. Hemmert, President
1610 E. Saint Andrew Place, Suite B-150
Santa Ana, CA 92705

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*
Robert Sanchez, Esq., FBN#0442161