# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
SECOND AMENDED PLAN

DEBTOR: Daylon Rodriguez        JOINT DEBTOR: Yaumiry Arteaga    CASE NO.: 13-19696-RAM

Last Four Digits of SS# __5792__    Last Four Digits of SS# __8203__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.   $ 210.00   for months   1   to   36  ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00+$750.00 (Motion to Value)=$4,400.00 TOTAL PAID $2,000.00
     Balance Due    $ 2,400.00 payable $150.00 /month (Months   1   to   16  )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. NONE                          Arrearage on Petition Date     $
Address:                         Arrears Payment    $_____/month (Months ____ to ____)
                                 Regular Payment    $_____/month (Months ____ to ____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Carrington Mortgage | Homestead Property: 17910 NW 43 Avenue Miami Gardens, FL 33055 $115,000.00 | 0 % | $0.00 | None | None |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. NONE                    Total Due     $
                Payable           $_____/month (Months ____ to ____) Regular Payment $

Unsecured Creditors: Pay $ 39.00 /month (Months  1  to  16 ), Pay $189.00/month (Months 17 to 36)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:    Debtors are paying Bank of America directly outside the plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq.                 /s/Robert Sanchez, Esq.
Attorney for Debtor                      Attorney for Joint Debtor
Date:  11/22/2013                        Date: 11/22/2013

LF-31 (rev. 01/08/10)